MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ANTHONY BENAVIDES,<br><br>            Defendant. | Case No. 5:25-po-00122-CDB<br><br>[Citation #2152129 CA/10]<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #2152129 CA/10] in Case No. 5:25-po-00122-CDB against ANTHONY BENAVIDES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 2, 2025	Respectfully submitted,

                                              MICHELE BECKWITH
                                              Acting United States Attorney

                              By:	/s/ *Chan Hee Chu*
                                              CHAN HEE CHU
                                              Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #2152129 CA/10] in Case No. 5:25-po-00122-CDB against ANTHONY BENAVIDES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 2, 2025**

_____
UNITED STATES MAGISTRATE JUDGE